UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHRISTOPHER BILLIOT** | **CIVIL ACTION** |
| | **NUMBER: 11-1675** |
| **VERSUS** | |
| | **SECTION: "L"** <br> **Judge Fallon** |
| **CHET MORRISON CONTRACTORS, L.L.C.** | **MAGISTRATE: (5)** <br> **Mag.Judge Chasez** |

### ORDER

**BEFORE THE COURT,** is the joint motion of the parties to continue the trial of this matter. In light thereof, **IT IS ORDERED**, that motion be and is hereby GRANTED, and that the trial of this matter presently set on March 26, 2012 be and is hereby CONTINUED. The clerk will convene a conference of counsel as soon as practicable to fix new dates.

Read, rendered and signed on this  18th  day of January, 2012 at New Orleans, Louisiana.

_____
U.S. DISTRICT JUDGE