UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTOPHER BILLIOT** | * | CIVIL ACTION:  2:11-CV-01675 |
| **VERSUS** | * | SECTION: L |
| **CHET MORRISON CONTACTORS, LLC** | * * | JUDGE:  ELDON E FALLON<br>MAGISTRATE JUDGE:  ALMA L. CHASEZ |

*************************************************************************

### O R D E R

Considering the above and forgoing Motion;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that considering the law and Motion of counsel that the Motion to Continue Hearing on Motion to Compel through and until August 8, 2012 filed by defendant, Chet Morrison Contractors, LLC be and is hereby granted.

**NEW ORLEANS, LOUISIANA** this  20th  day of ____July____, 2012.

_____
United States Magistrate Judge