```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

**CHRISTOPHER BILLIOT**                                    **CIVIL ACTION**

**VERSUS**                                                 **NUMBER: 11-1675**

**CHET MORRISON CONTRACTORS, LLC**                         **SECTION: "L"(5)**


### ORDER RE-SCHEDULING SETTLEMENT CONFERENCE

The settlement conference in the above matter is hereby **RE-SCHEDULED** for December 20, 2012 at 2:30 p.m. before Magistrate Judge Alma L. Chasez, 500 Poydras St., Hale Boggs Building, Room B347, New Orleans, Louisiana.

New Orleans, Louisiana, this __26th__ day of __November__, 2012.


                                    _____
                                          ALMA L. CHASEZ
                                    UNITED STATES MAGISTRATE JUDGE