UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHRISTOPHER BILLIOT** | * | **CIVIL ACTION** |
| | * | |
| **versus** | * | **NO. 11-1675** |
| | * | |
| **CHET MORRISON CONTRACTORS, LLC** | * | **SECTION "L"(5)** |

## ORDER

The Court having been advised that all of the parties to this action have firmly agreed upon a compromise,

**IT IS ORDERED** that this action be and is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time.

The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. **COUNSEL ARE REMINDED THAT**, if witnesses have been subpoenaed, **EVERY WITNESS MUST** be notified by counsel not to appear.

New Orleans, Louisiana, this 2nd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE